[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-13530

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

TAIWO KOUMBIO LAWSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:20-cr-00365-AMM-SGC-6

_____

Before JORDAN, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Wilson F. Green, appointed counsel for Taiwo Koumbio Lawson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lawson's conviction and sentence are **AFFIRMED**.